ACCEPTED
01-15-00374-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 9:49:03 AM
CHRISTOPHER PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/7/2015 9:49:03 AM

CHRISTOPHER A. PRINE
Clerk

May 7, 2015

Christopher A. Prine, Clerk
1st Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066
Tel: (713) 274-2700

      Re:    Court of Appeals No. 01-15-00374-CV; *The Upper Trinity Regional Water District and Texas Commission on Environmental Quality v. National Wildlife Federation*

Dear Mr. Prine:

      Cynthia Woelk, the attorney representing the Appellant Texas Commission on Environmental Quality in Case No. 01-15-00374-CV, *The Upper Trinity Regional Water District and Texas Commission on Environmental Quality v. National Wildlife Federation*, requests a copy of the Clerk's Record and Reporter's Record filed with the Court. Please provide the records on a CD and send them to Ms. Woelk by overnight delivery to the following address:

              Cynthia S. Woelk
              Assistant Attorney General
              Office of the Attorney General
              Environmental Protection Division (MC 066)
              300 West 15th Street, 10th Floor
              Austin, Texas 78701
              Tel: (512) 463-2012

Christopher A. Prine, Clerk
1st Court of Appeals
May 7, 2015
Page 2

Please call me upon your receipt of this letter and I will give you our Federal Express Account Number and billing reference number.

Thank you for your attention to this matter.

Sincerely,

*/s/ Sue Worsham*
Sue Worsham
Legal Assistant
Environmental Protection Division
Tel: (512) 475-4158 (direct)
Fax: (512) 320-0911
sue.worsham@texasattorneygeneral.gov